UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOY WISEBLOOD,<br><br>        Plaintiffs,<br>vs.<br><br><br>MUTUAL OF OMAHA INSURANCE COMPANY<br><br>        Defendants. | No. 2:18-CV-03082-KJM-CKD<br><br>ORDER |

      This matter is before the court on Ms. Wiseblood's pro se request to remove her name from the court's website to mitigate any reputational harm caused by her prior lawsuit. ECF No. 32. This request is DENIED without prejudice.

      As the court's docket shows, Ms. Wiseblood is represented by counsel in this matter. Ms. Wiseblood may renew her motion by directing her representative to file a sealing or redaction request pursuant to Local Rule 140 and Federal Rule of Civil Procedure 5.2, if such a request is supported by law and consistent with Federal Rule of Civil Procedure 11.

      IT IS SO ORDERED.

DATED: November 2, 2020.

                                            CHIEF UNITED STATES DISTRICT JUDGE